IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Deborah Gerndt, | ) | |
| | ) | |
| Plaintiff. | ) | Civil No.: 2:25-cv-10151-EAS |
| | ) | |
| vs. | ) | Honorable Elizabeth A. Stafford |
| | ) | United States Magistrate Judge |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, pursuant to local rule LR 7.1(a), that Plaintiff's time to file his Social Security Brief pursuant to Rule 6 of the Supplemental Federal Rules of Civil Procedure for Social Security actions, is extended 60 days through and including June 23, 2025. Accordingly, Defendant's Motion for Summary Judgment is due July 23, 2025, and Plaintiff's Reply, if any, is due August 6, 2025.

This Stipulation comes at the request of Plaintiff and is Plaintiff's first request for an extension of time.

Dated: April 15, 2025         Respectfully Submitted,

                                      By: s/ Eddy Pierre Pierre
                                            Eddy Pierre Pierre, Esq.
                                            Pierre Pierre Law, P.C.
                                            Attorneys for Plaintiff
                                            4750 Venture Drive
                                            Suite 400, PMB 413
                                            Ann Arbor, MI 48108
                                            Phone: (646) 992-8383
                                            Fax: (718) 504-6962
                                            Epierre2@pierrepierrelaw.com

Dated: April 15, 2025

                                      By: s/ Nicol S. Fitzhugh
                                            Nicol S. Fitzhugh
                                            Special Assistant United States Attorney
                                            Special Assistant U.S. Attorney
                                            Office of Program Litigation, Office 4
                                            Office of the General Counsel
                                            Social Security Administration
                                            6401 Security Boulevard
                                            Baltimore, MD 21235
                                            Tel: (816) 936-5755
                                            Fax: (816) 936-5963
                                            Email: nicol.fitzhugh@ssa.gov

**SO ORDERED:**

Entered: April 17, 2025,                                     s/Elizabeth A. Stafford
                                                                          Honorable Elizabeth A. Stafford
                                                                          United States Magistrate Judge